BEFORE THE FIRST DIVISION, APRIL 20, 1942

**No. 47097.**—Protest 76660–K of Thermal Syndicate, Ltd. (New York).

Opinion by OLIVER, P. J. At the trial it was agreed between counsel that the merchandise consists of globes for ordinary commercial illuminating purposes, that they are composed of fused silica and earthy or mineral substances, and that they are not decorated. In accordance with this agreement and in view of G. A. 7040 (T. D. 30708) the claim at 30 percent under paragraph 214 was sustained.